## Commonwealth *v.* Levison, Appellant.

Submitted June 16, 1975. *Andrea Commaker Levin* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Mark C. Stephenson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lloyd, Appellant.

Submitted June 16, 1975. *Elaine DeMasse* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Arnold New, Maxine J. Stotland, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.